[No. 9660–5–I.   Division One.   December 20, 1982.]

CHG INTERNATIONAL, INC., *Appellant,* v. BEL–AIRE
PAINTING CO., INC., *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 863801, Arthur E. Piehler, J., entered
November 25, 1980. *Affirmed* by unpublished opinion per
Ringold, J., concurred in by Durham, A.C.J., and Scholfield,
J.

[No. 9874–8–I.   Division One.   December 20, 1982.]

LAKE UNION MANAGEMENT SERVICES, *Respondent,* v.
LIGHTOLIER, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–2–14804–4, Donald G. Cohan, J. Pro Tem.,
entered February 5, 1981. *Reversed* by unpublished opinion
per Durham, A.C.J., concurred in by Callow and Scholfield,
JJ.

[No. 10867–1–I.   Division One.   December 20, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
LUTHER PHILLIPS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–1–01896–0, Frank J. Eberharter, J., entered
October 21, 1981. *Reversed* and *remanded* by unpublished
opinion per Andersen, C.J., concurred in by Swanson and
Corbett, JJ.